IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JOSÉ ALFREDO RUBIANI,

                Plaintiff

     VS.

Warden HILTON HALL, *et al.*,

             Defendants

NO. 5: 05-CV-194 (WDO)

**PROCEEDINGS UNDER 42 U.S.C. §1983**
**BEFORE THE U. S. MAGISTRATE JUDGE**

## O R D E R

Before the court is plaintiff JOSÉ ALFREDO RUBIANI's request/subpœna for production of documents (Tab #27) and defendants' response thereto, including a request for a protective order (Tab #28). Upon consideration of the same, the court notes that discovery herein ended on February 19, 2006. Plaintiff did not submit his request until April 5, 2006, well after the deadline for completing discovery and after the filing of a motion for summary judgment by the defendants. Plaintiff has been given ample time for discovery. Additional time for "new" discovery is not appropriate under these circumstances. Therefore, plaintiff's motion (Tab #27) is DENIED to the extent that he will not be permitted further discovery except as hereinafter allowed. To that extent, defendants Motion for a Protective Order is GRANTED.

However, defendants are directed to permit plaintiff reasonable opportunity to review his prison medical file and to make notes therefrom. Furthermore, since plaintiff's deposition has been filed herein in support of defendants' motion for summary judgment, the defendants are further directed to provide a copy of the same to him WITHIN FIFTEEN (15) DAYS.

Plaintiff is directed to file his response to defendants' motion for summary judgment.  In the interest of justice, the court will give him until **May 17, 2006**, to file his response.

SO ORDERED AND DIRECTED, this 18th day of APRIL, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE